UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PURIFICACION CRISTOBAL,<br><br>Defendant. | 20 Cr. 463 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for an initial conference in this matter on **September 23, 2020, at 12:00 p.m.**  The conference will proceed in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY, 10007.

SO ORDERED.

Dated:   September 8, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge