UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                          20 Cr. 463 (KPF)

PURIFICACION CRISTOBAL,                      ORDER

                          Defendant.

KATHERINE POLK FAILLA, District Judge:

        The parties are hereby ORDERED to appear for a pretrial conference in

this matter on **October 28, 2020, at 4:00 p.m.**  The conference will proceed

telephonically.  The dial-in information is as follows: At 4:00 p.m. on October

28, 2020, the parties shall call (888) 363-4749 and enter access code 5123533.

        SO ORDERED.

Dated:   October 22, 2020
         New York, New York

                                   _____
                                        KATHERINE POLK FAILLA
                                       United States District Judge