UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PURIFICACION CRISTOBAL,<br><br>Defendant. | 20 Cr. 463 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

    The parties are hereby ORDERED to appear for a pretrial conference in this matter on **November 19, 2020, at 12:00 p.m.** The conference will proceed telephonically. The dial-in information is as follows: At 12:00 p.m. on November 19, 2020, the parties shall call (888) 363-4749 and enter access code 5123533#. Please note, the conference will not be available before 12:00 p.m.

    SO ORDERED.

Dated:  November 16, 2020
           New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge