UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                v.<br><br>PURIFICACION CRISTOBAL,<br><br>                              Defendant. | 20 Cr. 463 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a pretrial conference in this matter on **March 12, 2021, at 2:30 p.m.** The conference will proceed by video. Access instructions will be provided to the parties in advance of the conference.

SO ORDERED.

Dated:  March 10, 2021
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge