UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 20 Cr. 463 (KPF) |
| PURIFICACION CRISTOBAL, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The conference in this matter scheduled for May 12, 2021, at 12:00 p.m. will proceed by video. Access instructions will be provided to the parties in advance of the conference.

SO ORDERED.

Dated: May 11, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge