UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>PURIFICACION CRISTOBAL,<br><br>                Defendant. | 20 Cr. 463 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the following trial schedule will be in effect as to Defendant Purificacion Cristobal, subject to courtroom availability:

- Trial will commence on **June 21, 2022, at 9:00 a.m.**;

- The parties' respective jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **May 20, 2022**;

- Any opposition papers to motions *in limine* will be due **May 27, 2022**; and

- The final pretrial conference will be scheduled for **June 8, 2022, at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

It is further ORDERED that time is excluded under the Speedy Trial Act through June 21, 2022. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to prepare for trial.

SO ORDERED.

Dated:  August 18, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge