UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 20 Cr. 463 (KPF) |
| PURIFICACION CRISTOBAL, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

For the reasons stated at the December 2, 2021 conference, the conditions of Defendant Purificacion Cristobal's pretrial release are modified as follows: Dr. Cristobal shall be monitored on home detention with location monitoring technology to be selected at the discretion of her supervising Pretrial Services officer. Dr. Cristobal shall be restricted to her residence at all times except for employment, education, religious services, medical services, substance abuse testing/treatment or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by her Pretrial Services officer. Additionally, Dr. Cristobal will execute and file a confession of judgment as to her residence of record on or before **December 16, 2021**. All other conditions of Dr. Cristobal's release shall remain in place. (*See* Dkt. #5; Dkt. #32).

SO ORDERED.

Dated:  December 2, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge