UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PURIFICACION CRISTOBAL,<br><br>Defendant. | 20 Cr. 463 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On August 18, 2021, the Court set a briefing schedule for Defendant Purificacion Cristobal's pre-trial motions and scheduled a motion hearing for January 12, 2022.  (*See* Minute Entry for August 18, 2021).  To date, the Court has not received any pre-trial motions.  Accordingly, the Court hereby ADJOURNS the motion hearing *sine die*.

The Court also reminds the parties of the deadlines set forth in its August 18, 2021 trial scheduling order.  (Dkt. #38).

SO ORDERED.

Dated:   January 5, 2022
              New York, New York

*Katherine Polk Failla*
───────────────────────────
KATHERINE POLK FAILLA
United States District Judge