

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 21, 2022



**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Sq.
New York, NY 10007

      Re:    **United States v. Cristobal**, 20 Cr. 463 (KPF)

Dear Judge Failla:

    The Government respectfully requests the Court's authorization to file an opposition brief of no more than 35 double-spaced pages (which is longer than the 25-page limit set forth in the Court's Individual Rules). The defense's motions were supported by a 32-page brief, a 3-page letter, and 29 exhibits. The Government respectfully submits that the additional pages are necessary to respond appropriately to the motions.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

    by:   /s/ Jun Xiang
        Jun Xiang / Kyle Wirshba
        Assistant United States Attorneys
        (212) 637-2289 / -2493

**CC**
Kristen Santillo, Esq. (By ECF)

---

```
Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket
entry 62.
                                    SO ORDERED.



Dated:   April 21, 2022
         New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE
```