

May 5, 2022

**VIA ECF AND EMAIL**

The Honorable Katherine Polk Failla, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



      *Re: United States v. Cristobal,* 20 Cr. 463 (KPF)

Dear Judge Failla:

    As you know, I represent Purificacion Cristobal, a defendant in the above-captioned matter. Dr. Cristobal's reply brief in support of her Motion to Suppress and Compel Discovery is due tomorrow, May 6, 2022. On Tuesday evening, I had a death in my family, which has impacted my ability to finalize the reply. Therefore, I respectfully request a one week extension, until May 13, 2022, to submit Dr. Cristobal's reply brief. This is my first request for an extension of time relating to this brief. I have consulted with counsel for the Government who do not object to my request.

    Thank you for your consideration.

                                           Sincerely,

                                           /s/ Kristen M. Santillo

                                           Kristen M. Santillo

```
Application GRANTED.  The Court extends its condolences.

The Clerk of Court is directed to terminate the motion at docket
entry 65.

                              SO ORDERED.

Dated:  May 5, 2022
        New York, New York
```

                                             *(signature)*

```
                              HON. KATHERINE POLK FAILLA
                              UNITED STATES DISTRICT JUDGE
```

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371