UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PURIFICACION CRISTOBAL,<br><br>Defendant. | 20 Cr. 463 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On March 11, 2022, Defendant Purificacion Cristobal filed motions to suppress evidence, compel discovery, and dismiss the indictment. (Dkt. #52-53). The Government filed a memorandum of law in opposition to Dr. Cristobal's motions on April 22, 2022 (Dkt. #64), and Dr. Cristobal submitted a brief in further support of her motions on May 13, 2022 (Dkt. #67).

After reviewing the parties' submissions, the Court finds that an evidentiary hearing and oral argument is appropriate in this matter. Accordingly, the Court hereby ORDERS the parties to appear for a hearing on **July 15, 2022, at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Court anticipates hearing testimony from Agent Christos Deftereos at the hearing. The parties should be prepared for oral argument following Agent Deftereos's testimony.

SO ORDERED.

Dated:  June 10, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge