

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 27, 2022

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Sq.
New York, NY 10007



Re:   **United States v. Cristobal**, 20 Cr. 463 (KPF)

Dear Judge Failla:

   The Government respectfully requests, with the consent of the defense, that the evidentiary hearing scheduled for July 15, 2022 be adjourned to the following Monday, July 18. After the hearing was scheduled, a member of the prosecution team developed a scheduling conflict involving international work travel. The Government has confirmed that its witness will be available on July 18 and understands that the Court can accommodate an adjournment to that date. We thank the Court for its consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:   /s/ Jun Xiang
Jun Xiang / Kyle Wirshba
Assistant United States Attorneys
(212) 637-2289 / -2493

**CC (By ECF)**
Kristen Santillo, Esq.
Michael Musa-Obregon, Esq.

Application GRANTED.  The hearing in this matter is hereby ADJOURNED to **July 18, 2022, at 10:00 a.m.**

The Clerk of Court is directed to terminate the motion at docket entry 73.

Dated:   June 27, 2022
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE