UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

PURIFICACION CRISTOBAL,

Defendant.

20 Cr. 463 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a telephonic conference

on **August 18, 2022, at 2:00 p.m.**  At the scheduled date and time, the parties

shall call (888) 363-4749 and enter access code 5123533.

SO ORDERED.

Dated:   August 17, 2022
         New York, New York

_____
    KATHERINE POLK FAILLA
    United States District Judge