UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 20 Cr. 463 (KPF) |
| PURIFICACION CRISTOBAL, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The telephonic conference currently scheduled for today at 2:00 p.m. is hereby ADJOURNED to **August 19, 2022, at 10:00 a.m.** At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533.

SO ORDERED.

Dated: August 18, 2022
New York, New York

KATHERINE POLK FAILLA
United States District Judge