

August 19, 2022

**VIA ECF**
The Honorable Katharine Polk Failla, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re: *United States v. Purificacion Cristobal*, S1 20 Cr. 463 (KPF)

Dear Judge Failla,

    We write to address an inadvertent filing error that occurred this morning. When we filed our Letter Motion for Reconsideration on the *Franks* Motion at Docket No. 114, we had intended to file exhibits with sensitive information under seal, but inadvertently filed them on the docket. Our paralegal immediately realized the mistake and took steps to have the Clerk's office temporarily place the exhibits under seal, where they remain. We have since filed a corrected motion at Docket No. 115, which includes the original motion and slip sheets for Exhibits A and B, indicating that the exhibits should be under seal. Pursuant to ECF Filing Rule 21.7, we respectfully request that the Court formally seal the mistaken filing at Docket No. 114. We have conferred with the Government and the Government has no objection.

    Thank you for your consideration and apologies for any inconvenience.

Respectfully submitted,

/s/ Kristen Santillo

Kristen Santillo
*Attorney for Defendant Purificacion Cristobal*

```
Application GRANTED.  The Clerk of Court is directed to maintain
docket entry 114 under seal, viewable only to the parties and Court.
The Clerk of Court is further directed to terminate the motions at
docket entires 114 and 120.
                                        SO ORDERED.

Dated:  August 19, 2022
        New York, New York
                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE
```