UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>PURIFICACION CRISTOBAL,<br><br>Defendant. | 20 Cr. 463 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    For the reasons set forth in open court on September 7, 2022, Defendant Purificacion Cristobal's conditions of release are modified as follows: Dr. Cristobal will be subject to home detention with GPS monitoring, and is permitted to leave her residence only for medical appointments, court appearances, meetings with counsel, and any other event for which she has received the prior authorization of the Pretrial Services Office or this Court.

    SO ORDERED.

Dated: September 8, 2022
       New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge