

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 13, 2022

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Sq.
New York, NY 10007



Re:   **United States v. Cristobal**, 20 Cr. 463 (KPF)

Dear Judge Failla:

The Government respectfully submits this letter proposing a post-trial briefing schedule. In light of an upcoming September 19, 2022 trial for defense counsel, the parties propose the following schedule:

Defense post-trial motions:   October 28, 2022
Government opposition:        November 18, 2022

The Government further respectfully requests that a sentencing date be set for as soon as possible and that the defendant be directed to submit to an interview with the Probation Office within the next two weeks so a Presentence Investigation Report can be drafted. The Government understands that Mr. Musa-Obregon will not be participating in the September 19, 2022 trial and would be available for the Probation Office interview.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

by:   __/s/_____
    Jun Xiang / Kyle Wirshba / Derek Wikstrom
    Assistant United States Attorneys
    (212) 637-2289 / -2493 / -1085

**CC (By ECF and Email)**
Kristen Santillo, Esq. / Fern Mechlowitz, Esq. / Michael Musa-Obregon, Esq.

Application GRANTED. The Court adopts the briefing schedule proposed above. Dr. Cristobal is directed to submit to an interview with the Probation Office within the next two weeks.

Sentencing is set for **January 19, 2023,** at 3:30 p.m. Dr. Cristobal's sentencing submission is due on **January 5, 2023,** two weeks prior to sentencing. The Government's sentencing submission due on **January 12, 2023,** one week prior to sentencing.

The Clerk of Court is directed to terminate the motion at docket entry 152.

SO ORDERED.

Dated:    September 13, 2022
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE