

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2022

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Sq.
New York, NY 10007



Re:   **United States v. Cristobal**, 20 Cr. 463 (KPF)

Dear Judge Failla:

After this morning's conference, Mr. Musa-Obregon advised the Government that, despite some communications with the Probation Office regarding scheduling, there is no confirmed date for the defendant's pre-sentence interview, which the Probation Office (relying on the Court's Order) had directed the defendant to schedule by today.

The Government respectfully requests that the defendant, through newly substituted counsel, be directed to schedule the interview immediately to avoid delay in the preparation of the Presentence Investigation Report.  Sentencing is scheduled for January 19, 2023, and the Government understood the Court today to advise the parties that there will be no adjournment based on substitution of counsel.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

    by:   /s/
        Jun Xiang / Kyle Wirshba / Derek Wikstrom
        Assistant United States Attorneys
        (212) 637-2289 / -2493 / -1085

**CC (By ECF and Email)**
Kristen Santillo, Esq. / Fern Mechlowitz, Esq. / Michael Musa-Obregon, Esq.
Jonathan Rosenberg, Esq. / Nancy Tang, Esq.

The Court is in receipt of the above letter and Dr. Cristobal's responsive letter (Dkt. #183).  The Court accepts Dr. Cristobal's representation that her Presentence Investigation Interview has been scheduled for October 5, 2022, and trusts that she will appear for that interview as scheduled.

Additionally, the Court reiterates that there will be no adjournments of Dr. Cristobal's sentencing or post-trial motions schedule based on substitution of counsel.

The Clerk of Court is directed to terminate the motion at docket entry #182.

Dated:     October 3, 2022          SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE