UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                  :

UNITED STATES OF AMERICA

                 - v. -

PURIFICACION CRISTOBAL,

                 Defendant.

:     PRELIMINARY ORDER OF
      FORFEITURE/
:     <u>MONEY JUDGMENT</u>

:     S1 20 Cr. 463 (KPF)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

        WHEREAS, on or about July 19, 2022, PURIFICACION CRISTOBAL (the "Defendant"), was charged in an eight-count superseding Indictment, S1 20 Cr. 463 (KPF) (the "Indictment"), with narcotics conspiracy, in violation of Title 21, United States Code, Section 846 (Count One); and narcotics distribution, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2 (Counts Two through Eight);

        WHEREAS, the Indictment included a forfeiture allegation as to Counts One through Eight of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all of any and all property constituting, or derived, from, any proceeds obtained, directly or indirectly, as a result of the offenses charged in Counts One through Eight of the Indictment, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses charged in Counts One through Eight of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the offenses charged in Counts One through Eight of the Indictment;

        WHEREAS, on or about September 8, 2022, following a jury trial, the Defendant was found guilty of Counts One, Six, and Seven of the Indictment;

WHEREAS, the Government asserts that $131,750 in United States currency represents the amount of proceeds traceable to the offenses charged in Counts One, Six, and Seven of the Indictment that the Defendant personally obtained, and the property involved in the offenses charged in Counts One, Six, and Seven of the Indictment;

WHEREAS, the Government seeks the entry of a money judgment in the amount of $131,750 in United States currency representing the amount of proceeds traceable to the offenses charged in Counts One, Six, and Seven of the Indictment that the Defendant personally obtained, and the property involved in the offenses charged in Counts One, Six, and Seven of the Indictment;

WHEREAS, the Court finds that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to offenses charged in Counts One, Six, and Seven of the Indictment that the Defendant personally obtained, and the property involved in Counts One, Six, and Seven of the Indictment cannot be located upon the exercise of due diligence;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Counts One, Six and Seven of the Indictment, of which the Defendant was found guilty, a money judgment in the amount of $131,750 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One, Six, and Seven of the Indictment that the Defendant personally obtained, and the property involved in Counts One, Six, and Seven of the Indictment, shall be entered against the Defendant.

1. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant PURIFICACION

CRISTOBAL, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

2. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

3. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

4. Pursuant to 21 U.S.C. § 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

6. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

*[Signature: Katherine Polk Failla]*                    January 25, 2023

_____                             _____
HONORABLE KATHERINE POLK FAILLA                         DATE
UNITED STATES DISTRICT JUDGE