ROSENBERG LAW FIRM
137 Court Street, Fl. 2
Brooklyn, NY 11201
Tel: (718) 715-4845
office@rosenbergpllc.com

March 3, 2023



Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square,
New York, New York 10007

    Re:    *USA v. Purificacion Cristobal* – 20-Cr-463 (KPF)
              Defendant's Request to Adjourn Date of Surrender

Your Honor:

The defendant requests a one week extension of time to surrender to the Federal Bureau of Prisons, from March 8, 2023, to Wednesday March 15, 2023, for the purpose of receiving notice of a designated facility location for the purpose of surrender.

The government does not oppose this request.

                                        Respectfully submitted,

                                        /s/

                                        Jonathan Rosenberg
                                        137 Court Street, Fl. 2
                                        Brooklyn, N.Y. 11201
                                        (718) 715-4845

                                        *Attorneys for Defendant*
                                        *Purificacion Cristobal*

cc:    *All Parties via ECF*

\*\*\*

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 209.

Dated: March 3, 2023
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE