UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v-<br><br>PURIFICACION CRISTOBAL,<br><br>                                        Defendant. | 20 Cr. 463 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On January 19, 2023, Defendant Purificacion Cristobal was sentenced principally to concurrent terms of 84 months' imprisonment on Counts One, Six, and Seven of Indictment S1 20 Cr. 463. (*See* Dkt. #77 (superseding indictment), 202 (judgment); January 19, 2023 Minute Entry).

On May 30, 2024, Defendant filed a motion requesting that this Court consider a sentence reduction pursuant to Amendment 821 to the United States Sentencing Guidelines ("U.S.S.G."), which amendment went into effect on November 1, 2023, and applies retroactively. (Dkt. #230).[1] The United States Probation Office thereafter issued a supplemental presentence investigation report indicating that Defendant is not eligible for a sentence reduction under Amendment 821.

The Court has considered the record in this case and Defendant's submission on her motion. The Court finds that Defendant is ineligible for a reduction in her sentence because she fails to meet the eligibility criteria for

---

[1] Defendant separately filed a motion for a reduction in sentence pursuant to the compassionate release provision, 18 U.S.C. § 3582(c)(1)(A)(i). (Dkt. #231). That motion will be addressed in a separate order.

both the status points reduction pursuant to U.S.S.G. § 4A1.1(e) and the zero-point offender offense level reduction pursuant to U.S.S.G. § 4C1.1. Accordingly, the Court DENIES her motion.

The Clerk of Court is directed to terminate the pending motion at docket entry 230. The Clerk of Court is further directed to mail a copy of this Order and the accompanying AO 247 form to Defendant at the following address:

> PURIFICACION CRISTOBAL, #88061-054
> FCI MARIANNA
> FEDERAL CORRECTIONAL INSTITUTION
> P.O. BOX 7007
> MARIANNA, FL 32447

If Defendant wishes to review the Probation Office's eligibility report, she may do so through her case manager.

SO ORDERED.

Dated:   July 8, 2024
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge